STANLEY OPYD, Plaintiff-Appellee, *v.* VETS GOLD STRIPE MEMORIAL ASSOCIATION *et al.,* Defendants-Appellants.

(No. 56114;

First District (1st Division)—April 9, 1973.

Opinion by Mr. JUSTICE EGAN.

Jones and Huszagh, of Chicago, (Richard W. Huszagh, of counsel,) for appellants.

McKenna, Storer, Rowe, White & Haskell, of Chicago, (James Kirk Perrin, of counsel,) for appellee.

GALE H. MYERS, Plaintiff-Appellee, *v.* HARRY F. SPOHNHOLTZ *et al.,* Defendants-Appellants.

(No. 56353;

First District (1st Division)—April 9, 1973.